# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LORI OSBORNE,<br><br>               Plaintiff,<br>   v.<br><br>CITY OF HENDERSON POLICE DEPARTMENT, et al.,<br><br>               Defendants. | Case No. 2:15-cv-02479-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Order (ECF No. 41) extending the Discovery Plan and Scheduling Order required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than January 4, 2017. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **February 3, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 20th day of January, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE