BLAIR C. PARKER, ESQ.
Nevada Bar No. 3222
JAMES L. EDWARDS, ESQ.
Nevada Bar No. 4256
COHEN JOHNSON PARKER EDWARDS
255 E. Warm Springs Road, Suite 100
Las Vegas, NV 89119
702.823.3500 (Office)
702.823.3400 (Facsimile)
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORI OSBORNE as both Individual Heir and Special Administrator of the Estate of ROY OSBORNE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF HENDERSON POLICE DEPARTMENT; THE CITY OF HENDERSON POLICE DEPARTMENT, CORRECTIONS DIVISION; PAMELA K. LAUER, CCM, Corrections Superintendent and an individual; CORIZON CORRECTIONAL HEALTHCARE aka CORIZON HEALTH, INC. a foreign corporation; THE CITY OF HENDERSON; DOE OFFICERs I-X, ROE CORPORATIONS XI-XX,<br><br>Defendants. | CASE NO: 2:15-cv-02479-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>[ECF 56] |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff LORI OSBORNE (both individually and as Special Administrator of the Estate of Roy Osborne) and Defendants THE CITY OF HENDERSON POLICE DEPARTMENT; THE CITY OF HENDERSON POLICE

1

DEPARTMENT, CORRECTIONS DIVISION; PAMELA K. LAUER, CCM, by and through their respective counsel, that this matter be dismissed with prejudice;

IT IS FURTHER STIPULATED AND AGREED that each party shall bear their own attorney's fees and costs;

DATED this 3d day of February, 2017.

| COHEN JOHNSON PARKER EDWARDS | THE CITY OF HENDERSONS ATTORNEYS OFFICE |
|---|---|
| /s/ JAMES L. EDWARDS, ESQ. | /s/ BRIAN R. REEVE, ESQ. |
| BLAIR C. PARKER, ESQ. | BRANDON P. KEMBLE, ESQ. |
| Nevada Bar No. 3222 | Nevada Bar No. 11175 |
| JAMES L. EDWARDS, ESQ. | BRIAN R. REEVE, ESQ. |
| Nevada Bar No. 4256 | Nevada Bar No. 10197 |
| 255 E. Warm Springs Road, Suite 100 | 240 Water Street, MSC 144 |
| Las Vegas, NV 89119 | Henderson, Nevada 89015 |
| 702.823.3500 (Office) | Telephone: (702) 267-1200 |
| 702.823.3400 (Facsimile) | *Attorneys for Henderson Defendants* |
| *Attorneys for Plaintiffs* | |

## ORDER

DATED this  6th  day  February , 2017.

**IT IS SO ORDERED.** The Clerk of Court is instructed to **CLOSE** this case.

_____
FEDERAL JUDGE

2